UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEDGEYE RISK MANAGEMENT LLC,

        Plaintiff,

v.

JOHN DOE(S),

        Defendants.

CIVIL ACTION NO. 22-30141-AK

## ORDER OF DISMISSAL

**A. KELLEY, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

3/17/2023
Date

By the Court,

/s/ Miguel Lara
Deputy Clerk